1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT E. ALLEN III,

    Plaintiff,

    v.

YULIYA ZAVGORODNIY, et al.,

    Defendants.

Case No. C17-519-JCC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND RECOMMENDATION FOR REVIEW

Defendant Yuliya Zavgorodniy, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 2. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1)   Because defendant does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, defendant's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

//
//
//
//

ORDER
PAGE - 1

(2)   The Clerk of the Court is directed to send a copy of this Order to the parties and to the Honorable John C. Coughenour

DATED this 5th day of April, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 2